# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 15, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146410 & (98)

In re MAYS, Minors.

SC:  146410
COA:  309577
Wayne CC Family Division:
09-485821-NA

_____/

On order of the Court, the motion for leave to file brief amicus curiae is GRANTED.  The application for leave to appeal the December 6, 2012 judgment of the Court of Appeals is considered, and it is DENIED.  The dismissal of the wardship over the minor children, after the parents reached consent agreements regarding joint custody of the minor children, has rendered this appeal moot.  See *People v Richmond*, 486 Mich 29 (2010).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 15, 2013

_____
Clerk

s0312